| | | |
|---|---|---|
| **LAURA CURRAN**<br>County Executive |  | **JARED KASSCHAU**<br>County Attorney |
| | | **RALPH J. REISSMAN**<br>Deputy County Attorney |

**OFFICE OF THE NASSAU COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
Phone (516) 571-3046 / Fax (516) 571-3058

July 8, 2019

<u>Via ECF</u>
Hon. Robert M. Levy
United States District Court
225 Cadman Plaza East
Brooklyn, New York

      Re:  Patrick Sterling v. Albergo et al.
           18-CV-0485

Dear Magistrate Judge Levy:

    This office represents defendants in the above-referenced matter.

    The purpose of this letter is to respectfully request, with the consent of counsel for plaintiff Patrick Sterling, that the settlement telephone conference scheduled for 5:00 p.m. on July 9, 2019 be adjourned because this afternoon, the parties reached a settlement.

    As always, defendants thank Your Honor for your attention and consideration in this matter.

                                            Respectfully submitted,

                                            /s/  Ralph J. Reissman
                                            RALPH J. REISSMAN
                                            Deputy County Attorney

<u>cc: (via ECF)</u>
Garnett H. Sullivan, Esq.
Attorney for Plaintiff