**LAURA CURRAN**
County Executive



**JARED KASSCHAU**
County Attorney

**RALPH J. REISSMAN**
Deputy County Attorney

**OFFICE OF THE NASSAU COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
Phone (516) 571-3046 / Fax (516) 571-3058

September 5, 2019

<u>Via ECF</u>
Hon. Robert M. Levy
United States District Court
225 Cadman Plaza East
Brooklyn, New York

Re: Patrick Sterling v. Albergo et al.
 18-CV-0485 (AMD)(RML)

Dear Magistrate Judge Levy:

This office represents defendants in the above-referenced matter. The purpose of this letter is to advise the Court that with regard to settlement of this action, all settlement papers have been executed, and are now being submitted to the Nassau County Comptroller to issue payment of the settlement amount to plaintiff's attorney. Defendants intend to file the Stipulation of Discontinuance once payment has been issued, which is expected in the next forty-five (45) days.

As always, defendants thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

/s/ Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: (via ECF)
Garnett H. Sullivan, Esq.
Attorney for Plaintiff